IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
CASE NO: 3:14-mj-00022-DMS

---

Affidavit of DEA Special Agent Timothy J. Mellor

1. I, Timothy J. Mellor, am a Special Agent of the United States Department of Justice, Drug Enforcement Administration and have worked in this capacity since July of 2004. As part of my duties as a DEA Special Agent, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. While attending the DEA Training Academy, I received specialized training in the identification of, the field testing of, and investigation of illegal drugs and drug trafficking techniques.

JAN 1 6 2014

2. I make this affidavit based, in part, on personal knowledge derived from my participation in this investigation and, in part, upon information and belief. The sources of my information and belief are: (a) oral and written reports about this and other investigations, which I have received directly or indirectly from investigators/agents of the Drug Enforcement Administration (DEA) and United States Postal Inspection Service in Anchorage, Alaska; (b) DEA Investigators/agents and United States Postal Inspection Service in Sacramento, California; and (c) investigative information conducted by law enforcement entities which was reported to me directly or indirectly.

3. On November 14, 2013, DEA agents in Anchorage, Alaska spoke with an individual who wanted to provide information to law enforcement. This individual is hereafter referred to as the Confidential Source, or CS. On that date, law enforcement found the CS to be in possession of heroin and two firearms. The CS has a criminal history that includes a prior felony drug trafficking offense, and is currently on supervised release for that crime. The CS cooperated with law enforcement in the hopes obtaining some form of

mitigation in sentence for the potential federal drug and weapons charges the CS faces. The United States has made no promises to the CS regarding any potential mitigation. The CS has not received any payment for any information.

4. The CS told agents that Jason "Twin" WILSON, residing in Stockton, California, was his/her supply source for heroin and that the heroin the agents found had come from Wilson. Wilson had supplied heroin to the CS on at least three prior occasions. Agents showed the CS a California driver's license photograph of Jason Frederick WILSON and the CS positively identified the photograph as the individual from whom he/she had received heroin. In 2003, Jason Fredrick/Frederick WILSON was convicted in the District of Alaska on a federal drug trafficking felony and following his release from imprisonment is on supervised release in Stockton, California. Agents compared the California Driver's license photograph that the CS identified with a photograph of WILSON that the United States Probation Office has of WILSON and confirmed that the two are of the same person.

5. Agents directed the CS to place a telephone call to WILSON to order heroin. The CS placed a recorded and monitored telephone call to 209-910-2879 which was answered by a male whom the CS indicated was WILSON. During the conversation, the CS said that he/she needed "six or seven" meaning six or seven ounces of heroin. WILSON acknowledged and stated he would be in contact with the CS. The CS instructed WILSON to send the parcel to the same location (as previous parcels), which WILSON acknowledged. Agents subsequently determined through an administrative subpoena that 209-910-2879 is a Sprint cellular telephone number subscribed to Jason WILSON, 4444 Feather River Drive, Stockton, California 95219.

6. On November 15, 2013, the CS contacted agents and indicated that he/she had contact with WILSON. The CS stated that WILSON represented that the parcel containing the heroin was en route to Anchorage, Alaska from Stockton, California. Agents contacted staff at FedEx and requested they be alert for incoming parcels to the intended delivery address.

7. On November 16, 2013, FedEx staff Anchorage told agents that they had located a parcel sent from Stockton, California and intended for the Anchorage, Alaska delivery address.

8. On November 18, 2013, agents executed a federal search warrant on the parcel and found within it a vacuum-sealed pouch that contained a hard, dark brown substance with a strong vinegar smell, which based on my training and experience appeared to be heroin. A presumptive field test on the substance yielded a positive result for the presence of heroin. Agent then forwarded the substance to the DEA Laboratory for chemical analysis. The total weight of the suspected heroin and packaging sent to the DEA Laboratory weighed 204.2 gross grams.

9. On December 12, 2013, Agents directed the CS to place a recorded and monitored telephone call to WILSON at number 209-910-2879 in order to discuss payment for the drugs intercepted on November 18, 2013. The same male answered the telephone call. The CS again identified WILSON as the person who answered. During the

telephone call, the CS represented that he/she needed a mailing address in order to send U.S. currency in the amount of $15,000.00 to WILSON in payment for the heroin. WILSON acknowledged the request and said that he (WILSON) would be in contact with the CS. The CS subsequently showed agents a text message that WILSON had sent in which WILSON had provided an address to which the CS was to send the $15,000.00.

10. I know that it is a violation of Title 21 United States Code Section 841(a)(1) and (b)(1)(C) to knowingly distribute any amount of heroin. I therefore respectfully submit that there is probable cause to

//

//

//

//

//

//



JAN 1 6 2014

believe that between November 15 and 16, 2013, JASON F. WILSON committed the offense of knowingly distributing heroin in the District of Alaska.

**FURTHER AFFIANT SAYETH NAUGHT**

SIGNATURE REDACTED

TIMOTHY J. MELLOR
Special Agent, DEA

SUBSCRIBED AND SWORN TO before me this  16  day of January, 2014, at Anchorage, Alaska.

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

DEBORAH M. SMITH
United States Magistrate Judge

JAN 1 6